UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE KOFOED,

                Plaintiff,

    v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

                Defendant.

CASE NO. C18-5508-BAT

**ORDER FOR EAJA FEES, COSTS, AND EXPENSES**

Based upon Plaintiff's Motion for EAJA Fees, Costs, and Expenses, it is hereby

ORDERED that attorney's fees in the total amount of $3,931.20 (which is for work performed

by Bruce Brewer in the amount of $2,580.48 plus work performed by Elie Halpern in the amount

of $1,350.72) and expenses in the amount of $1.18 (for postage) pursuant to the Equal Access to

Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $31.50 (for photocopies) pursuant to

28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall:

1.      Be awarded to Plaintiff pursuant to Astrue v. Ratliff, 560 U.S. 586; 130 S. Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Elie Halpern, at his office at Halpern Olivares PLLC, 2102 Carriage Drive SW, Building E102, Olympia, WA 98502; however,

2.      If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Elie Halpern, and delivered via

ORDER FOR EAJA FEES, COSTS, AND EXPENSES - 1

1    check to Mr. Halpern's office at Halpern Olivares PLLC, 2102 Carriage Drive
     SW, Building E102, Olympia, WA 98502.

2
     DATED this 10th day of May, 2019.
3

4                                             _____
                                              BRIAN A. TSUCHIDA
5                                             Chief United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER FOR EAJA FEES, COSTS, AND EXPENSES - 2